**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-199-JAD-DJA |
| Plaintiff, | **ORDER** Granting ECF No. 34 |
| v. | |
| JOSE ALFREDO MOLINA-GUERRERO, | |
| Defendant. | |

Good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 20, 2020 at 2:30 p.m., be vacated and continued to June 15, 2020, at 9:30 a.m.

DATED this 8th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE