# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:19-cr-000199-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motion for Sentence Reduction** |
| Jose Alfredo Molina Gurrero, | [ECF No. 49] |
| Defendant | |

Pro se defendant Jose Alfredo Molina Gurrero pled guilty to conspiracy to distribute heroin and methamphetamine, and possession of heroin and methamphetamine with intent to distribute.[1] In August of this year, I sentenced him to serve 76 months in prison.[2] Molina Guerrero now moves for a sentence reduction under 18 U.S.C. § 3582(c), arguing that Amendment 782 to the United States Sentencing Guidelines mandates a two-level reduction of some base offense levels for drug crimes.[3]

While a court may consider reducing a sentence that is affected by a later change in the sentencing range that applied to the defendant, § 3582(c) requires that amendment to have taken effect *after* the court imposed the defendant's sentence for it to qualify as a basis for reconsideration.[4] Amendment 782 took effect six years before I sentenced Molina Guerrero.[5] Because I already considered this amendment in determining his sentence, I deny his motion.

---

[1] ECF No. 48 (judgment).

[2] *Id.*

[3] ECF No. 49 (motion for sentence reduction).

[4] *See* 18 U.S.C. § 3582 (2) (permitting reduction when a sentencing range "has *subsequently* been lowered by the Sentencing Commission").

[5] U.S.S.G. § 1B1.10, supp. app'x. C, amend 782 (2014).

IT IS THEREFORE ORDERED that defendant Molina Gurrero's motion for sentence reduction **[ECF No. 49] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
October 1, 2020